Same case below, 407 Fed. Appx. 150.

**No. 11-5980. Steve Starbala, et ux., Petitioners v. Homecomings Financial Network, Inc.**

565 U.S. 975, 132 S. Ct. 542, 181 L. Ed. 2d 345, 2011 U.S. LEXIS 7910.

October 31, 2011. Motion of petitioners for leave to proceed in forma pauperis denied. Petitioners are allowed until November 21, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 125 Conn. App. 901, 10 A.3d 1109.

**No. 10-1445. Thomas C. Temperly, Petitioner v. Indiana.**

565 U.S. 976, 132 S. Ct. 496, 181 L. Ed. 2d 345, 2011 U.S. LEXIS 7916.

October 31, 2011. Petition for writ of certiorari to the Court of Appeals of Indiana, Second District, denied.

Same case below, 933 N.E.2d 558.

**No. 10-1448. Varughese Adackamangal Varughese, aka Varughese Varughese, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 976, 132 S. Ct. 496, 181 L. Ed. 2d 345, 2011 U.S. LEXIS 7915.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 629 F.3d 272.

**No. 10-1535. John D. Villanueva, Petitioner v. United States.**

565 U.S. 976, 132 S. Ct. 497, 181 L. Ed. 2d 345, 2011 U.S. LEXIS 7865.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 410 Fed. Appx. 638.

**No. 10-10352. Vern Odell Crawford, aka Odell V. Crawford, aka O'Dell Crawford, Petitioner v. United States.**

565 U.S. 976, 132 S. Ct. 496, 181 L. Ed. 2d 345, 2011 U.S. LEXIS 7733.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 407 Fed. Appx. 738.

**No. 10-10784. Donald Miller, Petitioner v. United States.**

565 U.S. 976, 132 S. Ct. 496, 181 L. Ed. 2d 345, 2011 U.S. LEXIS 7821.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 634 F.3d 841.

**No. 10-10954. Philip W. McClure, Petitioner v. Oregon Department of Corrections, et al.**

565 U.S. 976, 132 S. Ct. 542, 181 L. Ed. 2d 345, 2011 U.S. LEXIS 7791.

October 31, 2011. Petition for writ of certiorari to the Court of Appeals of Oregon denied.